UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANISHA CROSS,

    Plaintiff,

v.                                                      Case No:  8:16-cv-03421-JDW-TGW

MORGAN STANLEY & CO. LLC

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiff, TANISHA CROSS, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, MORGAN STANLEY & CO. LLC, has been settled.

Dated this 17th day of January, 2017.

                                                        Respectfully submitted,

                                                  **Luis A. Cabassa**
                                                  Florida Bar No. 0053643
                                                  Wenzel Fenton Cabassa P.A.
                                                  1110 N. Florida Avenue
                                                  Suite 300
                                                  Tampa, Florida 33602
                                                  Main No.: 813-224-0431
                                                  Direct No.: (813) 379-2565
                                                  Facsimile No.: 813-229-8712
                                                  Email: lcabassa@wfclaw.com
                                                  Email: twells@wfclaw.com
                                                  **Attorneys for Plaintiff**

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of January, 2017, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Tracy L. Gerber, Esquire
Greenberg Traurig, P.A.
777 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401
E-Mail: GerberT@gtlaw.com

_____
**LUIS A. CABASSA**