UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANISHA CROSS,

    Plaintiff,

v.                                Case No.: 8:16-cv-03421-JDW-TGW

MORGAN STANLEY & CO. LLC

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff, TANISHA CROSS, and Defendant, MORGAN STANLEY & CO. LLC, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

    Dated this 9th day of March, 2017.

| | |
|---|---|
| Greenberg Traurig, P.A. | WENZEL FENTON CABASSA, P.A. |
| 777 S. Flagler Drive, Suite 300 East | 1110 North Florida Avenue |
| West Palm Beach, FL 33401 | Suite 300 |
| Telephone: (561) 650-7985 | Tampa, Florida 33602 |
| Facsimile: (561) 655-6222 | Telephone: 813-224-0431 |
| | Facsimile: 813-229-8712 |
| | |
| BY: */s/Tracy L. Gerber* | BY: */s/Luis A. Cabassa* |
|     Tracy L. Gerber, Esquire |     Luis A. Cabassa |
|     Florida Bar Number: |     Florida Bar Number: 0053643 |
|     E-mail: GerberT@gtlaw.com |     E-mail: lcabassa@wfclaw.com |
|     Counsel for Defendant |     Counsel for Plaintiff |