UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANISHA CROSS,

    Plaintiff,

vs.                                              Case No.: 8:16-cv-3421-T-27TGW

MORGAN STANLEY & CO. LLC,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Joint Stipulation of Dismissal With Prejudice (Dkt. 9). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) each party shall bear its respective fees and costs. The file shall remain closed.

**DONE AND ORDERED** this 9th day of March, 2017.

                                                        JAMES D. WHITTEMORE
                                                        United States District Judge

Copies to:
Counsel of Record